UNITED STATES BANKRUPTCY COURT
MIDDLE DISTIRCT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6:11-bk-05293-KSJ

In re:

JACKIE JOE STEPHENSON and
GLENDA LOUISE STEPHENSON,

    Debtors.
_____/

## CHAPTER 13 PLAN

COMES NOW, the Debtors and file this Chapter 13 Plan. The projected disposable income of the Debtors is submitted to the supervision and control of the Chapter 13 Standing Trustee, and the Debtors shall pay the following sums to the Chapter 13 Standing Trustee:

### PLAN PAYMENTS

| Payments Number by months | Amount of Monthly Plan Payments |
|---|---|
| 1-60 (May, 2011-April, 2016) | $2,235.00 |

The Debtors shall pay by money order, cashier's check or wage deduction, to Laurie K. Weatherford, Chapter 13 Standing Trustee, P.O. Box 1103, Memphis, Tennessee 38101-1103. The Debtor name and case number must be indicated clearly thereon and received by the due dates for payments established by court order.

### PAYMENT OF CLAIMS THROUGH THE PLAN

**ATTORNEY FEES**

| Attorney Name | Claim Amount | Payments Amount | Payment Month Numbers |
|---|---|---|---|
| Gina M. Schlegel | $2,200.00 | $220.00 | 1-10 |

## PRIORITY CLAIMS

The fees and expenses of the Trustee shall be paid over the life of the Plan at the rate allowed as governed by guidelines of the United States Trustee and

| Name of Creditor | Claim Amount | Payments Amount | Payment Month Numbers |
|---|---|---|---|

**NONE**

## SECURED CLAIMS

| Secured Creditor | Claim Amount | Payments Amount | Payment Month Numbers |
|---|---|---|---|
| GMAC | $71,134.00 | $675.00 | 1-60 |

**HSBC** $96,591.00 There is no equity in the home to secure this equity loan. The Debtor intends to strip this equity loan. No payments will be made to this creditor for this equity loan.

**FORD MOTOR CREDIT CORP** holds a lien on the Debtors' 2008 Ford Fusion in the amount of **$18,616.00.** The fair market value of the collateral is **$9,775.00** which the Trustee shall pay as follows:

$186.71    1-60

at the rate of 5.5% interest per month over the life of the plan, for a total of **$11,202.83.**

**COMMUNITY CREDIT UNION** holds a lien on the Debtors' 2004 Ford Excursion in the amount of **$16,916.00.** The fair market value of the collateral is **$9,475.00** which the Trustee shall pay as follows:

$180.98    1-60

at the rate of 5.5% interest per month over the life of the plan, for a total of **$10,859.01.**

## SECURED ARREARAGE

| Name of Creditor | Claim Amount | Payments Amount | Payment Month Numbers |
|---|---|---|---|

**NONE**

## SECURED GAP PAYMENTS

| Name of Creditor | Claim Amount | Payments Amount | Payment Month Numbers |
|---|---|---|---|

NONE

## PROPERTY TO BE SURRENDERED

| Creditor Name: | Property Address/Description |
|---|---|
| HSBC | 2008 Yamaha Rhino 4x4 |

## EXECUTORY CONTRACTS

The following Executory Contracts are assumed:

| Name of Creditor: | Description of Collateral: | Month Numbers |
|---|---|---|

NONE

The following Executory Contracts are rejected:

| Name of Creditor: | Description of Collateral |
|---|---|

NONE

## UNSECURED CREDITORS

Unsecured creditors whose claims are allowed, shall receive a pro rata share of the balance of the funds remaining after payments to Priority and Secured Creditors are made.

Approximate percentage: 40%

Property of the Estate revests in the Debtors upon confirmation of the plan, OR upon completion of all plan payments and the discharge of Debtors.

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the Chapter 13 Plan of Debtors was furnished by the United Stated mail, postage prepaid, 27th day of April, 2011 to All Creditors and Parties in Interest as listed on the Court's Matrix (dated 04/27/2011).

_/s/ Gina M. Schlegel_
Gina M. Schlegel
Attorney for Debtors
525 E. Strawbridge Ave.
Melbourne, FL 32901
Ph.: 321-872-6500
Fax: 321-984-2411
gschlegel@schlegel-lawoffices.com

Label Matrix for local noticing
113A-6
Case 6:11-bk-05293-KSJ
Middle District of Florida
Orlando
Wed Apr 27 15:26:51 EDT 2011

United States Bankruptcy Court
135 West Central Boulevard Suite 950
Orlando, FL 32801-2443

American Express
P.O. Box 360001
Ft. Lauderdale, FL 33336-0001

Bank Of America
Po Box 17054
Wilmington, DE 19850-7054

Brevard County Tax Collector
Attn: Honorable Lisa Cullen, CFC
Post Office Box 2500
Titusville FL 32781-2500

Chase
Po Box 15298
Wilmington, DE 19850-5298

Childrens Place
Attn.:  Centralized Bankruptcy
Po Box 20507
Kansas City, MO 64195-0507

Citifinancial
300 Saint Paul Place
Baltimore, MD 21202-2120

Community Cu Of Florid
1030 S Us Highway 1
Rockledge, FL 32955-2716

Department Stores National Bank/Visa
Bankruptcy Processing
PO Box 8053
Mason, OH 45040-8053

Florida Department of Revenue
Bankruptcy Unit
Post Office Box 6668
Tallahassee FL 32314-6668

(p)FORD MOTOR CREDIT COMPANY
PO BOX 6275
DEARBORN MI 48121-6275

GMAC
Attention: Bankruptcy Dept.
1100 Virginia Drive
Fort Washington, PA 19034-3204

Gemb/chevron
Attention: Bankruptcy
Po Box 103104
Roswell, GA 30076-9104

HSBC
dept 7680
carol stream, IL 60118

HSBC Mortgage Services, Inc.
PO BOX 21188
Eagan, MN 55121-0188

Hsbc Bank
Po Box 5253
Carol Stream, IL 60197-5253

Hsbc/rs
Attn: Bankruptcy
Po Box 5263
Carol Stream, IL 60197-5263

Hsbc/rs
Pob 15521
Wilmington, DE 19850-5521

Internal Revenue Service
Post Office Box 7346
Philadelphia PA 19101-7346

Kenneth L. Salomone, P.A.
1701 West Hillsboro Blvd
Suite 202
Deerfield Beach, FL 33442-1566

Visdsnb
Attn: Bankruptcy
Po Box 8053
Mason, OH 45040-8053

Wells Fargo Bank, N.A.
4137 121st Street
Urbandale, IA 50323-2310

Wf Fin Bank
Wells Fargo Financial
4137 121st St
Urbendale, IA 50323-2310

Gina M Schlegel
Schlegel Law Offices PA
525 East Strawbridge Avenue
Suite 5
Melbourne, FL 32901-4705

Glenda Louise Stephenson
163 Anderson Avenue NE
Palm Bay, FL 32907-3070

Jackie Joe Stephenson
163 Anderson Avenue NE
Palm Bay, FL 32907-3070

Laurie K Weatherford
Post Office Box 3450
Winter Park, FL 32790-3450

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Ford Motor Credit Corp | End of Label Matrix |
| National BankruptcyServ Ctr | Mailable recipients 27 |
| Po Box 537901 | Bypassed recipients 0 |
| Livonia, MI 48153 | Total 27 |